In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-359 CR


NO. 09-04-360 CR


____________________



KEVIN DENLEY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 66874 and 72230






MEMORANDUM OPINION (1)


 We have before the Court two appeals by Kevin Denley from an order signed May
28, 2004, denying a motion for DNA testing. The notice of appeal was filed with the trial
court on August 24, 2004, more than thirty days from the date of the appealable order. 
We notified the parties that the appeal did not appear to have been timely filed, but
received no response. The Court finds the notice of appeal was not timely filed. Tex. R.
App. P. 26.2. No extension of time was timely requested pursuant to Tex. R. App. P.
26.3. It does not appear that appellant obtained out-of-time appeals. The Court finds it
is without jurisdiction to entertain these appeals.

 It is, therefore, ORDERED that the appeal of this cause be DISMISSED for want
of jurisdiction.

 APPEALS DISMISSED.

 PER CURIAM

Opinion Delivered October 20, 2004 

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.